| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER (Tran. Court) 0755 1:03CR00057 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Trinidad Cruz | Northern District Of Indiana | Fort Wayne |
| | NAME OF SENTENCING JUDGE | |
| | Theresa L. Springmann | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/16/2008 | TO 01/15/2010 |

OFFENSE
Conspiracy to Possess With Intent to Distribute Cocaine and Marijuana

08CR 616
JUDGE GETTLEMAN
Gettleman

MAGISTRATE JUDGE SCHENKIER
Schenkier

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Northern District of Illinois at Chicago   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-28-08
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
7-31-08
JUL 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUL 3 1 2008
Effective Date

United States District Judge