INN - PROB 22
Rev. 05/08

SCANNED

## TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0755 1:03CR00057 |
| DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATI... SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Trinidad Cruz<br>Chicago, IL | Northern District Of Indiana | Fort Wayne |
| | NAME OF SENTENCING JUDGE | |
| | Theresa L. Springmann | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>01/16/2008 | TO<br>01/15/2010 |

| OFFENSE |
|---|
| Conspiracy to Possess With Intent to Distribute Cocaine and Marijuana |

**08 CR    6 16**

JUDGE GETTLEMAN
Gettleman

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

MAGISTRATE JUDGE SCHENKIER
Schenkier

UNITED STATES DISTRICT COURT FOR THE          Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Northern District of Illinois at Chicago    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-28-08
*Date*

Theresa ...
*United States District Judge*

---

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    NORTHERN    DISTRICT OF    ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED

AUG 1 2 2008
8-12-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUL 3 1 2008
*Effective Date*

James F. Holderman
*United States District Judge*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By: Laura Spring
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: AUG - 5 2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**

www.innd.uscourts.gov

**FILED**
8-12-08
AUG 1 2 2008

August 8, 2008

Clerk, U.S. District Court
219 S. Dearborn Street
Chicago, IL 60604

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:    Trinidad Cruz
       NDIL Case No. 08-CR-616
       NDIN Case No. 1:03-CR-57-TLS

**08 CR 616**
**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE SCHENKIER**

Dear Clerk,

        Please find enclosed certified copies of the Indictment, Judgment and Docket Sheet
regarding the above-referenced case that was recently transferred to your Court.

        Thank you!

                        Sincerely,

                        STEPHEN R. LUDWIG, CLERK

                        By:  _K. Steinke_

                        Lisa Steinke
                        Case Administrator
                        260-423-3000

**Reply to Fort Wayne Office**

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Fort Wayne)
### CRIMINAL DOCKET FOR CASE #: 1:03-cr-00057-TLS-4
#### Internal Use Only

Case title: USA v. Avila, et al                     Date Filed: 08/22/2003
Other court case number: 06-1654 USCA          Date Terminated: 06/13/2007

---

**Interpreter**

**Julia Kurtz**
*TERMINATED: 09/30/2004*

---

Assigned to: Judge Theresa L
Springmann

Appeals court case number: '06-1654'
'USCA'

**Defendant (4)**

**Trinidad Eddie Cruz**                     represented by    **Albert Anzini, III**
*TERMINATED: 06/13/2007*                                   Arata Law Firm
*also known as*                                            1400 Lincoln Tower
Quick                                                      116 E Berry Street
*TERMINATED: 06/13/2007*                                   Fort Wayne, IN 46802
                                                          260-424-1010
                                                          Fax: 260-420-1406
                                                          Email: Al@aratalawfirm.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: CJA Appointment*

                                                          **Jack Friedlander**
                                                          Law Office of Jack Friedlander - Chi/IL

                                                          327 S Plymouth Court Suite 200
                                                          Chicago, IL 46320
                                                          312-427-7700
                                                          Fax: 312-427-3777
                                                          Email: jack@jackfriedlander.com
                                                          *TERMINATED: 02/03/2004*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*



CERTIFIED A TRUE COPY
STEPHEN R. LUDWIG, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
DEPUTY CLERK

**Michelle F Kraus**
116 W Columbia Street
Fort Wayne, IN 46802
260-422-1116
Fax: 260-424-0738
Email: mickilawyer@yahoo.com
*TERMINATED: 12/01/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pablo DeCastro**
Rascia & DeCastro Ltd
650 N Dearborn Suite 700
Chicago, IL 60654
312-994-9100
Fax: 312-994-9105
Email: pdecastro@rascia-decastro.com
*TERMINATED: 03/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert L Rascia**
Rascia & DeCastro Ltd
650 N Dearborn Suite 700
Chicago, IL 60654
312-994-9100
Fax: 312-994-9105
Email: rrascia@rascia-decastro.com
*TERMINATED: 03/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William L Brown, Jr**
Law Office of Jack Friedlander -
Ham/IN
517 N Main Street
Crown Point, IN 46307
219-226-9504
Fax: 219-226-9506
Email: office@jackfriedlander.com
*TERMINATED: 02/03/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Anthony S Churchward**
Leonard Hammond Thoma & Terrill

800 S Calhoun Street
Fort Wayne, IN 46802
260-420-6000
Fax: 260-424-6000
Email: achurchward@fwlawfirm.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas N O'Malley - FCD**
Federal Community Defenders Inc -
FW/IN
1101 E Ross Adair Federal Building
1300 S Harrison Street
Fort Wayne, IN 46802
260-422-9940
Fax: 260-422-9954
Email: thomas_o'malley@fd.org
*TERMINATED: 08/03/2005*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND MARIJUANA (1) | 36 months imprisonment; 4 years supervised release; $100.00 special assessment - REVOKED 6/12/2007 DFT REMANDED FOR 8 MONTHS IMPRISONMENT WITH 2 YEARS SUPERVISED RELEASE TO FOLLOW |
| 18:1952 RACKETEERING - NARCOTICS and 18:2 AIDING AND ABETTING (4) | dismissed at trial |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE and 18:2(a) AIDING AND ABETTING (18) | 36 months imprisonment to be served concurrently with Count 1; 4 years supervised release to be served concurrently with Count 1; $100.00 special assessment - REVOKED 6/12/2007 DFT REMANDED FOR 8 MONTHS IMPRISONMENT WITH 2 YEARS SUPERVISED RELEASE TO FOLLOW |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America**                    represented by    **Clarence Butler - AUSA, Jr**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5659
Fax: 219-852-2770
Email: USAINN.ECFCivil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L Bella - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: daniel.bella@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Toi Denise Houston - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: toi.houston@usdoj.gov
*TERMINATED: 09/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2003 | 1 | INDICTMENT by USA. Counts filed against Everado Avila (1) count(s) 1, 19, Bryon Cerveras (2) count(s) 1, 13, Rosalio Cortez (3) count(s) 1, 14, Trinidad Eddie Cruz (4) count(s) 1, 4, 18, Benjamin Garcia (5) count(s) 1, 20, 21, 22, 23 Daniel Garza (6) count(s) 1, 15, 16, 17, Jason Lamberth (7) |

| | | |
|---|---|---|
| | | count(s) 1, 3, Joseph Lopez (8) count(s) 1, 9, 10, Joseph Maria (9) count(s) 1, 11, Ricardo Molina (10) count(s) 1, 8, 9, Jose Robles (11) count(s) 1, 12, Jose Angel Rodriguez (12) count(s) 1, 5, 6, Timothy Allen Sessum (13) count(s) 1, 2, Hector Velez (14) count(s) 1, 5, 7, (lrm) (Entered: 08/26/2003) |
| 08/22/2003 | 2 | PRAECIPE for warrants as to defts Avila, Cerveras, Cortez, Cruz, Garcia, Garza, Lamberth, Lopez, Maria, Molina, Robles, Rodriguez and Velez by govt (lrm) (Entered: 08/26/2003) |
| 08/22/2003 | | ARREST Warrant issued for Everado Avila, Bryon Cerveras, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jr., Jose Robles, Jose Angel Rodriguez, Hector Velez (lrm) (Entered: 08/26/2003) |
| 08/22/2003 | 3 | PRAECIPE for crim summons as to deft Timothy Sessum by USA (lrm) (Entered: 08/26/2003) |
| 08/26/2003 | | (Court only) Docket Modification (Utility) sealing case (lrm) (Entered: 08/26/2003) |
| 08/28/2003 | 4 | MOTION to seal case by USA (sealed) (Entered: 08/28/2003) |
| 08/28/2003 | 5 | ORDER by Judge Theresa L. Springmann granting motion to seal case [4-1] sealing case (cc: all counsel) (sealed) (Entered: 08/29/2003) |
| 09/05/2003 | 15 | NOTICE OF PENALTIES by plaintiff USA (sealed) (Entered: 09/08/2003) |
| 09/08/2003 | 16 | MINUTES: SCHEDULED FOR DETENTION HEARING & ARRAIGNMENT 9/8/03 before Mag Judge Andrew P. Rodovich. Dft Benjamin Garcia appears in person without cnsl. Govt rep by Clarence Butler, AUSA. Eric Johnston, PTS. Julia Kurtz, INTERPRETER. Dft has not retained counsel. Clerk Ordered to appoint cnsl for dft. ;detention hearing set for 2:00 9/11/03 for Benjamin Garcia before Mag Judge Andrew P. Rodovich ; arraignment set for 2:00 9/11/03 for Benjamin Garcia before Mag Judge Andrew P. Rodovich . Clerk Ordered to have Interpreter present for hrg. Dft REMANDED. (sealed) (Entered: 09/08/2003) |
| 09/16/2003 | | (Court only) Docket Modification (Utility) case unsealed at hearing held 9/16/03 (sealed) (Entered: 09/16/2003) |
| 09/26/2003 | 49 | ORDER by Mag Judge Roger B. Cosbey granting motion to withdraw appearance John Maksimovich for defendant Everado Avila [48-1] attorney John Maksimovich for Everado Avila terminated (cc: all counsel) (jcp) (Entered: 09/26/2003) |
| 09/26/2003 | 50 | ORDER by Mag Judge Roger B. Cosbey assigning case to FCD Hammond for referral of counsel ; status hearing set for 11:00 10/2/03 for Everado Avila (cc: all counsel) (jcp) (Entered: 09/26/2003) |
| 10/02/2003 | 52 | STATUS CONFERENCE held before Magistrate Judge Roger B. Cosbey. The Speedy Trial Act is discussed and determiend to be running. The matter of Mr. Gruenhagen's representation of two defendant is discussed |

| | | and may require a hearing regarding the possibility of a conflict. If a hearing is required, both defendants, the AUSA and counsel are the only parties to participate. (wsy) (Entered: 10/02/2003) |
|---|---|---|
| 10/04/2003 | 57 | Consent to Modify Conditions of Release by USPO for Byron Cervera to include that the defendant participate in substance abuse counseling (plm) (Entered: 10/06/2003) |
| 10/04/2003 | 57 | ORDER by Mag Judge Andrew P. Rodovich re Consent to Modify Conditions of Release ordering modification as requested [57-1] (cc: all counsel) (plm) (Entered: 10/06/2003) |
| 10/09/2003 | | (Court only) Docket Modification (Utility) finding the motion to withdraw appearance obo Joseph Lopez, by Frank D Edwards [58-1] moot as CJA attorney has already been appointed. (wsy) (Entered: 10/09/2003) |
| 10/10/2003 | | ARREST of defendant Trinidad Eddie Cruz on 10/10/03 (jrh) (Entered: 10/10/2003) |
| 10/10/2003 | 59 | MINUTES: INITIAL APPEARANCE (CRUZ) held 10/10/03 before Mag Judge Andrew P. Rodovich. initial appearance of Trinidad Eddie Cruz ; without counsel. Govt rep by David Hollar, AUSA. Jim Holm, PTS. Dft advised of constitutional rights, charges, penalties. Dft indicates he will retain cnsl. Dft Ordered to notify Clerk by end of business day 10/14/03 if he has not retained cnsl. Govt moves for detention. Granted. ;Detention hearing set for 9:00 10/16/03 for Trinidad Eddie Cruz , ;arraignment set for 9:00 10/16/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich . Dft REMANDED. (jrh) (Entered: 10/10/2003) |
| 10/10/2003 | | ARREST of defendant Trinidad Eddie Cruz on 10/10/03 (jcp) (Entered: 10/24/2003) |
| 10/16/2003 | 60 | MINUTES: SCHEDULED FOR DETENTION HRG & ARRAIGNMENT (CRUZ) 10/16/03 before Mag Judge Andrew P. Rodovich. Govt rep by Clarence Butler, AUSA. Jim Holm, PTS. Dft Trinidad Cruz appears in person without cnsl. Dft indicates he will be retaining Jack Friedlander to represent him and Requests continuance of hrg so his atty can be present. Granted. Dft Ordered to notify Clerk by noon 10/20/03 if he has not retained cnsl. ;detention hearing set for 10:00 10/22/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich ;arraignment set for 10:00 10/22/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich . Dft REMANDED. (jrh) (Entered: 10/16/2003) |
| 10/22/2003 | 61 | MINUTES: SCHEDULED FOR DETENTION HEARING & ARRAIGNMENT (CRUZ) 10/22/03 before Mag Judge Andrew P. Rodovich. Dft Trinidad Cruz appears in person without cnsl. Govt rep by Clarence Butler, AUSA. Jim Holm, PTS. Dft indicates he has retained Jack Friedlander/Wm Brown and Requests continuance of hrg so his atty can be present. Granted. ;detention hearing set for 1:00 10/28/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich ;arraignment set for 1:00 10/28/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich . Dft REMANDED. (jrh) (Entered: 10/22/2003) |

| | | |
|---|---|---|
| 10/23/2003 | 62 | ARREST Warrant returned executed as to Trinidad Eddie Cruz on 10/10/03 (jcp) (Entered: 10/24/2003) |
| 10/28/2003 | 64 | ORDER by Judge Theresa L. Springmann granting motion for leave to allow interpreter to accompany defense counsel to jail during all stages of jail conferences for Benjamin Garcia [63-1] (cc: all counsel) (jcp) (Entered: 10/28/2003) |
| 10/28/2003 | 65 | APPEARANCE for defendant Trinidad Eddie Cruz by Attorney Jack Friedlander (jrh) (Entered: 10/28/2003) |
| 10/28/2003 | 66 | APPEARANCE for defendant Trinidad Eddie Cruz by Attorney William L Brown Jr (jrh) (Entered: 10/28/2003) |
| 10/28/2003 | 67 | MINUTES: SCHEDULED FOR DETENTION HRG & ARRAIGNMENT (CRUZ) 10/28/03 before Mag Judge Andrew P. Rodovich. Dft Trinidad Cruz appears in person and by cnsl William Brown. Govt rep by Clarence Butler, AUSA. Jim Holm, PTS. Dft Requests cont of hrg. Granted. ;detention hearing set for 8:30 11/13/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich ;arraignment set for 8:30 11/13/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich . Dft REMANDED. (jrh) (Entered: 10/28/2003) |
| 11/13/2003 | 68 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Arraignment as to Trinidad Eddie Cruz (4) Count 1,4,18 held on 11/13/2003, Detention Hearing as to Trinidad Eddie Cruz held on 11/13/2003. Dft Trinidad Cruz appears in person and by cnsl Jack Friedlander and William Brown. Govt rep by Gary Bell, AUSA. Jim Holm, PTS. Parties present evidence and make comments. Govt's Motion for Pretrial Detention is GRANTED. Dft Ordered held without bond. Order to follow. Dft advised of right to appeal. Dft waives reading of Indictment. Dft pleas NOT GUILTY. Govt Ordered to provide Rule 16 discovery. Further proceedings to be held in Ft Wayne Division. Dft REMANDED. (Tape #03-235.) (jrh, ) (Entered: 11/13/2003) |
| 11/24/2003 | 78 | ORDER OF DETENTION as to Trinidad Eddie Cruz .Signed by Judge Andrew P Rodovich on 11/24/03. (jcp, ) (Entered: 11/26/2003) |
| 12/08/2003 | 81 | MOTION to Withdraw as Attorney by Jack Friedlander and William L. Brown, Jr.. for Trinidad Eddie Cruz. (jcp, ) (Entered: 12/12/2003) |
| 12/12/2003 | 82 | NOTICE OF telephne status conference as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez; Telephone status Conference set for 1/8/2004 02:30 PM in Fort Wayne before Judge Theresa L Springmann. Court will initiate the call to all counsel(lrm, ) Additional attachment (correcting case number incorrectly shown on original PDF version of the notice) added on 12/15/2003 (lrm, ). Modified on 12/15/2003 (lrm, ). (Entered: 12/12/2003) |
| 01/08/2004 | 93 | Minute Entry for proceedings held before Judge Theresa L Springmann :Scheduling Conference as to Everado Avila, Bryon Cervera, |

|  |  | Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Ricardo Molina,, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez held on 1/8/2004; govt counsel confirms that defendants Joseph Maria and Jose Robles remain at large; but case is in a posture to be scheduled; govt has provided discovery to deft counsel; reciprocal Discovery by defts due by 2/9/2004. pre trial motion deadline extended to 1/20/2004 at the request of deft counsel; Government Response Brief due by 2/2/2004. A hearing on defendant Cervera's anticipated motion to suppress is set for 2/27/2004 01:30 PM in Fort Wayne before Judge Theresa L Springmann; final Pretrial Conference set for 2/27/2004i, immediately following suppression hearing. All defendants and counsel involved in the suppression hearing shall appear in person in Fort Wayne. Any defendant and counsel not attending in person, may, if they desire, participate via video conference from the Hammond Courthouse. Counsel shall advise the court no later than 2/13/04 of their intention to participate via video conference. A 3 to 5 week Jury Trial set for 3/9/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. A spanish/mexican interpreter will be required on behalf of defendant Benjamin Garcia; counsel for defendant Cruz inform the court that defendant Cruz has retained new counsel (Robert Rascia of Chicago); attorney Rascia shall file his appearance by 1/15/04, whereupon the court will grant attorney Friedlander and Brown's motion to withdraw obo defendant Cruz (Court Reporter T. Gallucci.) (lrm) (Entered: 01/09/2004) |
|---|---|---|
| 01/08/2004 |  | (Court only) ***Excludable (XR co-defendant delay) applied to all defts except Maria and Robles (lrm, ) (Entered: 01/09/2004) |
| 01/20/2004 |  | (Court only) ***Motions terminated 100 MOTION for Bill of Particulars which is actually the Memorandum In Support of said Motion For Particulars (#99). (kw,) (Entered: 01/23/2004) |
| 01/28/2004 | 120 | MOTION for Leave to Appear as cnsl by Atty Robert Rascia and Atty Pable De Castro for Deft Trinidad E Cruz, and MOTION to Continue Trial by Trinidad Eddie Cruz. (lns, ) (Entered: 01/29/2004) |
| 01/28/2004 | 121 | ATTORNEY APPEARANCE: Pablo DeCastro appearing for Trinidad Eddie Cruz (lns, ) (Entered: 01/29/2004) |
| 01/28/2004 | 122 | ATTORNEY APPEARANCE: Robert L Rascia appearing for Trinidad Eddie Cruz (lns, ) (Entered: 01/29/2004) |
| 02/03/2004 | 126 | ORDER granting 81 Motion to Withdraw as Attorney. William L Brown Jr and Jack Friedlander withdrawn from case as to Trinidad Eddie Cruz (4). Signed by Judge Theresa L Springmann on 2/3/2004. (lns, ) (Entered: 02/04/2004) |
| 02/05/2004 | 128 | ORDER granting 120 MOTION to Continue Trial filed by Trinidad Eddie Cruz; Time excluded from 2/5/2004 until 5/25/2004; denying as moot 120 Motion for Leave to Appear as Cnsl for Trinidad Eddie Cruz; In-person Final Pretrial Conference set for 5/7/2004 02:30 PM in Fort Wayne before Judge Theresa L Springmann; trial cnsl ordered to participate and to submit all pre-trial filings on or before 5/7/2004; parties instructed to inform Court |

| | | |
|---|---|---|
| | | of intentions to participate in the final ptc by video-conf from HMD or by telephone by 4/30/2004. Jury Trial RESET for 5/25/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 2/5/2004. (lns, ) (Entered: 02/09/2004) |
| 02/13/2004 | 129 | First MOTION to Withdraw as Attorney by Robert Rascia. by Trinidad Eddie Cruz. (Rascia, Robert) (Entered: 02/13/2004) |
| 02/17/2004 | 143 | NOTICE by United States of America as to Everado Avila, et al regarding responses to Defendants' motions(lns, ) (Entered: 02/18/2004) |
| 02/26/2004 | | Set/Reset Hearings as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez : Final Pretrial Conference set for 5/7/2004 02:30 PM in Fort Wayne before Judge Theresa L Springmann. Jury Trial set for 5/25/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. (lns, ) (Entered: 02/26/2004) |
| 02/26/2004 | | Set/Reset Hearings as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez :, Terminate Deadlines and Hearings as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez : Motion Hearing reset for 3/29/2004 03:00 PM in Fort Wayne before Judge Theresa L Springmann. (lns, ) (Entered: 02/26/2004) |
| 03/03/2004 | 150 | MOTION to Appoint Counsel by Trinidad Eddie Cruz. (lns, ) (Entered: 03/05/2004) |
| 03/10/2004 | 152 | NOTICE OF HEARING ON MOTIONS as to Trinidad Eddie Cruz re 129 Motion to Withdraw Attorney and 150 Motion to Appoint Counsel. Counsel to appear in person. Motion Hearing set for 3/16/2004 02:00 PM in Fort Wayne before Judge Theresa L Springmann. (jjj) (Entered: 03/11/2004) |
| 03/16/2004 | 153 | NOTICE OF HEARING ON MOTION as to Trinidad Eddie Cruz re 129 and 150 . Motion Hearing set for 3/26/2004 03:00 PM in HAMMOND before Judge Theresa L Springmann. Attorneys Rascia, DeCastro, and Government counsel shall be present in person. Defendant Trinidad Cruz to be present in person.(jjj) (Entered: 03/16/2004) |
| 03/17/2004 | 155 | Letter from Trinidad Eddie Cruz (4) regarding counsel. (jjj) (Entered: 03/18/2004) |
| 03/17/2004 | 156 | Letter from Trinidad Eddie Cruz (4) regarding 150 Motion to Appoint Counsel. (jjj) (Entered: 03/18/2004) |
| 03/17/2004 | 157 | Letter from defendant Trinidad Eddie Cruz re 150 Motion to Appoint Counsel (electronic format not readable) (lns, ) (Entered: 03/19/2004) |

| 03/22/2004 | 159 | ORDER as to 154 MOTION to Continue Suppression Hearing filed by Everado Avila Everado Avila; MOTION GRANTED; Suppression Hearing as to defendant Avila and Lopez re-set for 4/29/2004 01:00 PM in Fort Wayne before Judge Theresa L Springmann; period of delay resulting from the continuance of deft Avila's Motion to suppress shall be excluded under Speedy Trial Act (18 USC 3161(h)(7). Signed by Judge Theresa L Springmann on 3/22/04. (lrm, ) (Entered: 03/23/2004) |
|---|---|---|
| 03/23/2004 | 158 | ENTRY FOR JUDGE THERESA SPRINGMANN as to Trinidad Eddie Cruz: Court coverts 3/26/04 Hearing re Cnsl to Video Conference. Cnsl and Dft to appear in Hammond at 3:00 PM Hammond time. Cnsl contacted by telephone.(jjj) (Entered: 03/23/2004) |
| 03/25/2004 | 160 | ENTRY FOR JUDGE THERESA SPRINGMANN as to Trinidad Eddie Cruz: The Hearing on 129 and 150 Motions is reset for 3/26/2004 12:00 PM Hammond time. Gov't, Dft Cnsl, and Dft to appear in person in Judge Cherry's Courtroom for video conference. (jjj) (Entered: 03/25/2004) |
| 03/26/2004 | 161 | Minute Entry for proceedings held before Judge Theresa L Springmann: Video/Conference Motion Hearing as to Trinidad Eddie Cruz held on 3/26/2004. Grants 150 MOTION to Appoint Counsel filed by Trinidad Eddie Cruz. Grants 129 First MOTION to Withdraw as Attorney by Robert Rascia. Court reviews dft's financial status and refers dft to FCD for appointed cnsl. Attys DeCastro and Rascia to forward all documents. Attys DeCastro and Rascia terminated. Trial and pretrial ddls and date REAFFIRMED. (Court Reporter T. Gallucci.) (jjj) (Entered: 03/26/2004) |
| 03/30/2004 | 162 | CJA 20 as to Trinidad Eddie Cruz: Appointment of Attorney Michelle F Kraus for Trinidad Eddie Cruz. Signed by Judge Theresa L Springmann on 3/30/04. (jjj) (Entered: 03/30/2004) |
| 04/05/2004 | 163 | ATTORNEY APPEARANCE: Michelle F Kraus appearing for Trinidad Eddie Cruz (lns, ) (Entered: 04/06/2004) |
| 04/05/2004 | 164 | MOTION to Continue Trial currently scheduled for 5/25/2004 by Trinidad Eddie Cruz (lns, ) (Entered: 04/06/2004) |
| 04/20/2004 | 166 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Trinidad Eddie Cruz re 164 MOTION to Continue and requesting severance. Telephone Conference set for 4/20/2004 01:00 PM in Fort Wayne before Judge Theresa L Springmann. All parties contacted and confirmed. (jjj) (Entered: 04/20/2004) |
| 04/20/2004 | 167 | Minute Entry for proceedings held before Judge Theresa L Springmann: Motion Hearing as to Trinidad Eddie Cruz held on 4/20/2004 re 164 MOTION to Continue 5/25/04 Trial filed by Trinidad Eddie Cruz. Dft requests at least 90 days for trial preparation. Dft to sbmt Motion to Sever by 4/23/04 close of business before continuance will be granted. No obj by Gov't. Order to be issued. (Court Reporter T. Gallucci.) (jjj) (Entered: 04/20/2004) |
| 04/23/2004 | 169 | MOTION for Separate Trial by Defendant Trinidad Eddie Cruz (lns, ). (Entered: 04/23/2004) |

| 04/27/2004 | 173 | ORDER granting 169 Motion for Separate Trial filed by Defendant Trinidad Eddie Cruz . Signed by Judge Theresa L Springmann on 4/27/2004. (lns, ) (Entered: 04/28/2004) |
|---|---|---|
| 04/28/2004 | 176 | ORDER as to Trinidad Eddie Cruz granting 164 MOTION to Continue Trial filed by Trinidad Eddie Cruz. Time excluded from 4/28/2004 until 7/27/2004. Jury Trial reset for 7/27/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. In-person Final Pretrial Conference set for 7/16/2004 01:30 PM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 4/28/2004. (lns, ) (Entered: 04/29/2004) |
| 04/28/2004 | | Set/Reset Hearings as to Trinidad Eddie Cruz re 176 ORDER as to Trinidad Eddie Cruz granting 164 MOTION to Continue Trial filed by Trinidad Eddie Cruz. Final Pretrial Conference RESET for 7/16/2004 01:30 PM in Fort Wayne before Judge Theresa L Springmann. Jury Trial RESET for 7/27/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. (jjj) (Entered: 05/18/2004) |
| 05/07/2004 | 185 | Minute Entry for proceedings held before Judge Theresa L Springmann: Pretrial Conference as to Everado Avila, Bryon Cervera, Rosalio Cortez, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez held on 5/7/2004. Splitting defendants to try in two back-to-back 2-3 week trials. Gov't to file a notice of intent re dividing defendants for two separate trials by 5/12/04 close of business. Jury Trial set for 5/25/2004 in Fort Wayne before Judge Theresa L Springmann REAFFIRMED. Santiago Proffer by Gov't ddl 5/11/04. Rule 404(b) Motions due by 5/11/04. Pretrial Motions due by 5/17/2004 12:00 PM. Final Telephone Pretrial Conference set for 5/17/2004 01:00 PM in HAMMOND before Judge Theresa L Springmann. Proposed Jury Instructions and Voir Dire ddl 5/29/04. Exhibit/Witness List due morning of trial on 5/25/2004. Dft McCloskey to sbmt Motion to Continue 5/25/04 Trial Date. (Court Reporter T. Gallucci.) (jjj) (Entered: 05/10/2004) |
| 05/12/2004 | 189 | NOTICE of Election to Proceed to Trial Against Respective Defendants During First Trial Stage of Prosecution by United States of America. Defendants Byron Ceveras, Daniel Garza, Jason Lamberth and Ricardo Molina elected for first round of prosecution. (lns, ) (Entered: 05/13/2004) |
| 05/17/2004 | 192 | Proposed Jury Instructions by United States of America as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez (Butler Jr, Clarence) Corrected attachment added on 5/19/2004 (kw). (Entered: 05/17/2004) |
| 05/17/2004 | 195 | Minute Entry for proceedings held before Judge Theresa L Springmann: Telephone Final Pretrial Conference as to Everado Avila, Bryon Cervera, Rosalio Cortez, Benjamin Garcia, Daniel Garza, Jason Lamberth, Ricardo Molina, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez held on 5/17/2004. Attorney Visvaldis Kupsis for Dft Molina not present. Plea |

| | | |
|---|---|---|
| | | Agreement ddl for Dfts Avila, Garcia, Sessum, Velez 5/18/04. Plea Agreements as to Cortez, Cervera, Lamberth, Rodriguez, Garza, Molina due by 5/20/2004 COB. Santiago Proffers and 404(b) ddls 5/18/2004. Defendant Response Brief due by 5/24/2004 12:00 PM. 3500 Material ddl 5/21/04 COB. Proposed Jury Instructions, Voir Dire and Joint Premptory Challenges ddl 5/24/04 12:00 PM. Exhibit/Witness List due by morning of Trial 5/26/2004. Three (3) Week Jury Trial RESET for 5/26/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. Dfts to appear in civilian clothing. Change of Plea Hearings set for 5/25/2004 beginning at 10:00 AM to run back-to-back in Fort Wayne before Judge Theresa L Springmann. (Court Reporter T. Gallucci.) (jjj) (Entered: 05/18/2004) |
| 05/19/2004 | 201 | NOTICE *Notification of Utilization of Intricately Related Intrinsic Non 404 (b) Evidence* by United States of America as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez (Attachments: # 1 Exhibit State Information; Probable Cause Affidavit; Return -Search Warrant)(Butler Jr, Clarence) (Entered: 05/19/2004) |
| 05/20/2004 | 203 | First MOTION to Continue *Trial Date* by United States of America as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez. (Butler Jr, Clarence) (Entered: 05/20/2004) |
| 05/24/2004 | | (Court only) ***Motions terminated 203 MOTION to Continue filed by United States of America. (jjj) (Entered: 05/24/2004) |
| 05/26/2004 | | (Court only) ***Motions terminated as to Ricardo Molina: 99 MOTION for Bill of Particulars, 102 MOTION to Produce, 103 MOTION for Hearing, 183 MOTION to Continue Trial. (jjj) (Entered: 05/26/2004) |
| 06/21/2004 | 234 | Letter from Trinidad E Cruz re participation at pretrial conference (lns, ) (Entered: 06/25/2004) |
| 07/14/2004 | 235 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Trinidad Eddie Cruz. Final Pretrial Conference RESET for 7/19/2004 03:30 PM in Fort Wayne before Judge Theresa L Springmann. Dft to appear in-person. Gov't appearing by video-conference from Hammond.(jjj) (Entered: 07/14/2004) |
| 07/19/2004 | 237 | TELEPHONE FINAL PRETRIAL CONFERENCE held on 7/19/2004 before Judge Theresa L Springmann as to Trinidad Eddie Cruz. Gov't atty Butler via video-conference and Dft atty Kraus present. Gov't requests continuance. Dft does not object and waives Speedy Trial rights per this continuance. Three (3) - four (4) day Jury Trial RESET 8/3/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. Dft Santiago Proffer ddl 7/28/04. Pretrial Motions due by 7/28/2004. Government Response Brief due by 8/2/2004. Exhibit/Witness List due by 8/3/2004. Cnsl stipulates to Chemist's testimony. Dft declines services of interpreter. Dft to appear in civilian clothing. (Court Reporter T. Gallucci.) (jjj) (Entered: 07/20/2004) |

| 07/28/2004 | 238 | MOTION in Limine by Trinidad Eddie Cruz. (kw,) (Entered: 07/28/2004) |
|---|---|---|
| 08/03/2004 | 239 | JURY TRIAL (Day 1) held on 8/3/2004 as to Trinidad Eddie Cruz on Counts 1,4,18 before Judge Theresa L Springmann. Gov't atty Butler with two case agents; Dft atty Kraus; Dft Cruz present. Court hears arguments and GRANTS IN PART/DENIES IN PART 238 MOTION in Limine filed by Trinidad Eddie Cruz. Dft request to Voir Dire jury as to location. No objections from Gov't. Court GRANTS. Court GRANTS Gov't Motion for Separation of Witnesses. Court GRANTS Gov't Motion for Case agents to remain at cnsl table. Voir Dire held. Jury selected. Opening Statements presented. Gov't presents evidence. FILED IN OPEN-COURT Gov't Response to Hearsay Objections. FILED IN OPEN-COURT a Gov't notice of Chain of Custody. Court in recess at 4:45 PM. Court to resume 8/4/04 at 8:30 AM. (Court Reporter T. Gallucci.) (jjj) (Entered: 08/03/2004) |
| 08/03/2004 | 240 | RESPONSE (filed in open-court) to Dft in-court Hearsay Objection by United States of America. (jjj) (Entered: 08/05/2004) |
| 08/03/2004 | 241 | CHAIN OF CUSTODY: Gaps Only Go To Weight, Not Admissability filed in support by United States of America as to Trinidad Eddie Cruz. (jjj) (Entered: 08/05/2004) |
| 08/04/2004 | 242 | JURY TRIAL (Day 2) held on 8/4/2004 as to Trinidad Eddie Cruz before Judge Theresa L Springmann. Gov't atty Butler, Case Agents Jansky and Prendergast; Dft atty Kraus, Dft Cruz present. Court resumes at 8:45 AM. Gov't continues to present evidence. Court in recess at 5:00 PM. Court to resume at 8:30 AM. (Court Reporter T. Gallucci.) (jjj) (Entered: 08/05/2004) |
| 08/05/2004 | 243 | JURY MEAL ORDER as to Trinidad Eddie Cruz. Signed by Judge Theresa L Springmann on 8/5/04. (jjj) (Entered: 08/05/2004) |
| 08/05/2004 | 245 | EXHIBIT LIST by United States of America as to Trinidad Eddie Cruz. (jjj) (Entered: 08/06/2004) |
| 08/05/2004 | 246 | WITNESS LIST by United States of America as to Trinidad Eddie Cruz. (jjj) (Entered: 08/06/2004) |
| 08/05/2004 | 247 | JURY TRIAL (Day 3 Final) held on 8/5/2004 as to Trinidad Eddie Cruz before Judge Theresa L Springmann. Gov't atty Butler; Case Agents Jansky & Prendergast; Dft atty Kraus; Dft Cruz present. Jury Instructions finalized. Court hears arguments and DENIES Dft in-court Motion for Judgment of Acquittal. Gov't rests. Dft rests. Both parties rest. Closing arguments delivered. Jury Instructions. Baliffs sworn. Jury begins deliberation at 12:00 PM. Jury questions at 2:10 PM. Deliberation resumes at 2:35 PM. Jury Verdict at 3:15 PM finding Dft GUILTY as to Counts 1 and 18; NOT GUILTY as to Count 4. Jury polled. Jury released. Dft referred to USPO for PSI. Sentencing set for 11/8/04 at 1:30 PM Fort Wayne time before Judge Theresa L Springmann. Dft to remain detained until time of sentencing. (Court Reporter T. Gallucci.) (jjj) (Entered: 08/06/2004) |
| 08/05/2004 | 248 | Jury Instructions as to Trinidad Eddie Cruz. (jjj) (Entered: 08/06/2004) |

| 08/05/2004 | 249 | JURY VERDICT as to Trinidad Eddie Cruz (4): GUILTY on Counts 1,18; NOT GUILTY on Count 4. (jjj) (Entered: 08/06/2004) |
| 08/05/2004 | 250 | NOTICE OF SENTENCING PRESENTENCE SCHEDULING NOTICE as to Trinidad Eddie Cruz. Sentencing set for 11/8/2004 01:30 PM in Fort Wayne before Judge Theresa L Springmann. (jjj) (Entered: 08/06/2004) |
| 08/05/2004 | 251 | RECEIPT for Permanent Release of Exhibits from United States of America. (jjj) (Entered: 08/06/2004) |
| 08/06/2004 | 244 | CERTIFICATION FOR JURY MEALS re 243 Jury Meal Order (Attachments: # 1 Invoices for Meals)(lns, ) (Entered: 08/06/2004) |
| 09/30/2004 | 279 | MOTION for Extension of Time to File Response to Presentence Investigation Report by Trinidad Eddie Cruz. (lns, ) (Entered: 10/01/2004) |
| 10/20/2004 | | (Court only) ***Stipulation terminated: 281 STIPULATION filed by Joseph Lopez. (jjj) (Entered: 10/20/2004) |
| 11/05/2004 | 308 | ORDER as to Trinidad Eddie Cruz granting 279 MOTION for Extension of Time to File Response to Presentence Investigation Report filed by Trinidad Eddie Cruz. Deft to file objections to PSR by 12/1/2004. Govt's Response ddl is 12/16/2004. Sentencing RESET for 1/4/2005 01:30 PM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 11/5/2004. (lns, ) (Entered: 11/05/2004) |
| 11/05/2004 | 309 | MOTION to Withdraw as Attorney by Michelle F Kraus obo Trinidad Eddie Cruz. (lns, ) (Entered: 11/08/2004) |
| 11/19/2004 | 311 | PRO SE MOTION to Appoint Counsel by Trinidad Eddie Cruz. (entitled "Motion for Ineffective Assistance of Counsel")(document not signed) (lns, ) (Entered: 11/22/2004) |
| 11/19/2004 | 312 | PRO SE MOTION for Judgment NOV, MOTION for Judgment of Acquittal, MOTION for New Trial by Trinidad Eddie Cruz. (document not signed) (lns, ) Additional attachment(s) added on 12/2/2004 (lns, ). (DOCUMENT STRICKEN PURSUANT TO ORDER DATED 12/1/2004) Modified on 12/2/2004 (lns, ). (Entered: 11/22/2004) |
| 11/23/2004 | 313 | PRO SE MOTION for Judgment NOV by Trinidad Eddie Cruz. (document not signed) (lns, ) Additional attachment(s) added on 12/2/2004 (lns, ). (DOCUMENT STRICKEN PURSUANT TO ORDER DATED 12/1/2004) Modified on 12/2/2004 (lns, ). (Entered: 11/24/2004) |
| 11/23/2004 | 314 | PRO SE MOTION to Appoint Counsel by Trinidad Eddie Cruz. (document not signed) (lns, ) (Entered: 11/24/2004) |
| 11/29/2004 | 321 | PRO SE MOTION for Mistrial by Trinidad Eddie Cruz.(document not signed) (lns, ) Additional attachment(s) added on 12/20/2004 (lns, ). Modified on 12/20/2004 (lns, ). (DOCUMENT STRICKEN PURSUANT TO ORDER DATED 12/17/2004) (Entered: 12/01/2004) |
| 11/29/2004 | 322 | PRO SE MOTION for Transcripts by Trinidad Eddie Cruz. (document not signed) (lns, ) Additional attachment(s) added on 12/20/2004 (lns, ). |

| | | |
|---|---|---|
| | | Modified on 12/20/2004 (lns, ). (DOCUMENT STRICKEN PURSUANT TO ORDER DATED 12/17/2004) (Entered: 12/01/2004) |
| 11/29/2004 | [323](#) | PRO SE MOTION for Bond Pending Sentencing by Trinidad Eddie Cruz. (document not signed) (lns, ) Additional attachment(s) added on 12/20/2004 (lns, ). Modified on 12/20/2004 (lns, ). (DOCUMENT STRICKEN PURSUANT TO ORDER DATED 12/17/2004) (Entered: 12/01/2004) |
| 11/29/2004 | [324](#) | Letter from Defendant Trinidad Eddie Cruz re motions (lns, ) (Entered: 12/01/2004) |
| 12/01/2004 | [325](#) | ORDER striking [312](#) Motion for Judgment Notwithstanding the Verdict/Motion for New Trial/Newly Discovered Evidence as to Trinidad Eddie Cruz (4); striking [313](#) Motion for Judgment Notwithstanding the Verdict as to Trinidad Eddie Cruz (4). Signed by Judge Theresa L Springmann on 12/1/2004. (lns, ) (Entered: 12/02/2004) |
| 12/01/2004 | [326](#) | ORDER granting [309](#) Motion to Withdraw as Attorney by Michelle F Kraus obo Defendant Trinidad Eddie Cruz. Michelle F Kraus withdrawn from case as to Trinidad Eddie Cruz (4); Clerk directed to notify FCD to appt new cnsl for defendant; denying as moot [311](#) Pro Se Motion for Ineffective Assistance of Counsel filed by Defendant Trinidad Eddie Cruz (4); denying as moot [314](#) Pro Se Motion for Court Appointed Counsel filed by Defendant Trinidad Eddie Cruz (4). Signed by Judge Theresa L Springmann on 12/1/2004. (copy faxed to FCD-HMD) (lns, ) (Entered: 12/02/2004) |
| 12/06/2004 | [327](#) | ATTORNEY APPEARANCE: Thomas N O'Malley appearing for Trinidad Eddie Cruz (O'Malley, Thomas) (Entered: 12/06/2004) |
| 12/17/2004 | [330](#) | ORDER striking [321](#) Pro Se Motion for Mistrial filed by Trinidad Eddie Cruz (4); striking [322](#) Pro Se Motion for Transcripts filed by Trinidad Eddie Cruz (4); striking [323](#) Pro Se Motion for Bond Pending Sentencing filed by Trinidad Eddie Cruz (4). Signed by Judge Theresa L Springmann on 12/17/2004. (lns, ) (Entered: 12/20/2004) |
| 12/20/2004 | [331](#) | MOTION to Continue *Sentencing Hearing* by Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 12/20/2004) |
| 01/05/2005 | [335](#) | ORDER as to Trinidad Eddie Cruz, granting [331](#) MOTION to Continue *Sentencing Hearing* filed by Trinidad Eddie Cruz. Telephone Conference re Sentencing set for 1/28/2005 02:00 PM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 1/5/2005. (lns, ) (Entered: 01/05/2005) |
| 01/14/2005 | [344](#) | Letter from Defendant Trinidad Eddie Cruz re filing legal charges and complaint against a federal agent. (lns, ) (Entered: 01/21/2005) |
| 01/28/2005 | 351 | TELEPHONE STATUS CONFERENCE re Sentencing as to Trinidad Eddie Cruz held on 1/28/2005 before Judge Theresa L Springmann. Gov't atty Butler; Dft atty O'Malley present. Evidentiary Hearing re Sentencing set for 2/28/2005 09:00 AM in Fort Wayne before Judge Theresa L Springmann. Briefing schedule to be determined at Evidentiary Hearing. |

|  |  |  |
|---|---|---|
|  |  | (Court Reporter T. Gallucci.) (jjj) (Entered: 01/31/2005) |
| 02/07/2005 | 353 | ORDER as to Trinidad Eddie Cruz re 344 Letter filed by Trinidad Eddie Cruz. Clerk directed to send copy of Deft's letter to Deft's cnsl and cnsl for govt. Deft's allegations to be taken up w/his cnsl . Signed by Judge Theresa L Springmann on 2/7/2005. (lns, ) (Entered: 02/08/2005) |
| 02/14/2005 | 354 | Application for Writ of Habeas Corpus ad Testificandum by Defendant Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 02/14/2005) |
| 02/14/2005 | 355 | Application for Writ of Habeas Corpus ad Testificandum by Defendant Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 02/14/2005) |
| 02/24/2005 | 357 | ORDER granting 355 Application for Writ of Habeas Corpus Ad Testificandum for Benjamin Garcia as to Trinidad Eddie Cruz (4). USM Ordered to transport Benjamin Garcia from ACJ on 2/28/2005 at 9:30 AM to testify at hrg and to return said individual to ACJ upon concl of hrg. Signed by Judge Theresa L Springmann on 2/24/2005. (lns, ) (Entered: 02/24/2005) |
| 02/24/2005 | 358 | ORDER granting 354 Application for Writ of Habeas Corpus Ad Testificandum for Rosalio Cortez as to Trinidad Eddie Cruz (4). USM ordered to transport Rosalio Cortez from ACJ on 2/28/2005 at 9:30 AM to testify at hrg and to return said individual to ACJ at concl of hrg. Signed by Judge Theresa L Springmann on 2/24/2005. (lns, ) (Entered: 02/24/2005) |
| 02/24/2005 | 360 | Writ of Habeas Corpus ad Testificandum Issued as to Benjamin Garcia for 2/28/2005 in case as to Trinidad Eddie Cruz. Signed by Judge Theresa L Springmann on 2/24/2005. (lns, ) (Entered: 02/24/2005) |
| 02/28/2005 |  | (Court only) ***Remark: VOLUME 3 started in Clerk's Office(lns, ) (Entered: 02/28/2005) |
| 02/28/2005 | 367 | EVIDENTIARY HEARING as to Trinidad Eddie Cruz eld on 2/28/2005 before Judge Theresa L Springmann. Present Gov't Butler, Case Agent Prendergast; Dft atty O'Malley; Dft Cruz. Court GRANTS parties Motion to Separate Witnesses. Gov't presents evidence. Gov't rests. Dft presents evidence. Dft rests. Both parties rest. Transcript due by 3/4/2005. Dft Presentencing Brief due by 3/11/2005. Government Response Brief due by 3/18/2005. Sentencing set for 3/23/2005 10:30 AM FORT WAYNE TIME before Judge Theresa L Springmann. EXHIBIT/WITNESS LIST ATTACHED. (Court Reporter T. Gallucci.) (jjj) (Entered: 03/02/2005) |
| 03/09/2005 | 368 | MOTION for Extension of Time to File *Sentencing Brief* by Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 03/09/2005) |
| 03/14/2005 | 372 | ORDER as to Trinidad Eddie Cruz, granting 368 MOTION for Extension of Time to File *Sentencing Brief* filed by Trinidad Eddie Cruz. Deft's Sentencing Brief due by 3/18/2005. Signed by Judge Theresa L Springmann on 3/14/2005. (lns, ) (Entered: 03/15/2005) |
| 03/15/2005 | 373 | Writ of Habeas Corpus ad Testificandum Returned Executed for Benjamin Garcia on 3/9/2005 in case as to Trinidad Eddie Cruz (lns, ) (Entered: 03/18/2005) |

| | | |
|---|---|---|
| 03/18/2005 | 374 | MOTION to Continue *Sentencing Hearing*, MOTION for Extension of Time to File *Sentencing Brief* by Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 03/18/2005) |
| 03/22/2005 | 379 | ORDER as to Trinidad Eddie Cruz, granting 374 MOTION to Continue *Sentencing Hearing*, MOTION for Extension of Time to File *Sentencing Brief* filed by Trinidad Eddie Cruz. Deft Trinidad Eddie Cruz's Sentencing Brief due on/bf 3/25/2005; Sentencing RESET for 5/9/2005 01:00 PM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 3/22/2005. (lns, ) (Entered: 03/22/2005) |
| 03/25/2005 | 389 | SENTENCING BRIEF by Trinidad Eddie Cruz (O'Malley, Thomas) Modified text on 3/28/2005 (kw). (Entered: 03/25/2005) |
| 04/04/2005 | 401 | SENTENCING MEMORANDUM by United States of America as to Trinidad Eddie Cruz (Butler Jr, Clarence) (Entered: 04/04/2005) |
| 04/22/2005 | 407 | MOTION for Writ of Habeas Corpus ad testificandum re Jose Rodriguez by Trinidad Eddie Cruz. (O'Malley, Thomas) Modified on 4/25/2005 (lrm, ). (Entered: 04/22/2005) |
| 04/22/2005 | 408 | MOTION for Writ of Habeas Corpus ad testificandum re Rosalio Cortez by Trinidad Eddie Cruz. (O'Malley, Thomas) Modified on 4/25/2005 (lrm, ). (Entered: 04/22/2005) |
| 04/22/2005 | 409 | MOTION for Writ of Habeas Corpus ad testificandum re Joseph Lopez by Trinidad Eddie Cruz. (O'Malley, Thomas) Modified on 4/25/2005 (lrm, ). (Entered: 04/22/2005) |
| 04/22/2005 | 410 | MOTION for Writ of Habeas Corpus ad testificandum re Ricardo Molino by Trinidad Eddie Cruz. (O'Malley, Thomas) Modified on 4/25/2005 (lrm, ). (Entered: 04/22/2005) |
| 04/22/2005 | 411 | MOTION for Writ of Habeas Corpus ad testificandum re Joseph Maria by Trinidad Eddie Cruz. (O'Malley, Thomas) Modified on 4/25/2005 (lrm, ). (Entered: 04/22/2005) |
| 05/06/2005 | 414 | MOTION to Continue *Sentencing Hearing* by Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 05/06/2005) |
| 05/06/2005 | 415 | ORDER granting 414 Motion to Continue Sentencing Hearing as to Trinidad Eddie Cruz (4); Sentencing reset for 6/9/2005 10:00 AM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 5/6/2005. (lns, ) (Entered: 05/06/2005) |
| 05/19/2005 | 419 | MOTION FOR EVIDENTIARY HEARING TO DETERMINE STATUS OF RELEVANT CONDUCT FOR SENTENCING PURPOSES by Trinidad Eddie Cruz. (Attachments: # 1 Affidavit Michelle Kraus, Esq.) (O'Malley, Thomas) (Entered: 05/19/2005) |
| 05/23/2005 | 420 | MOTION for Writ of Habeas Corpus ad testificandum *for Joseph A. Maria* by Trinidad Eddie Cruz. (O'Malley, Thomas). (WITHDRAWN PURSUANT TO ORDER DATED 5/27/05) Modified on 5/27/2005 (lns, ). (Entered: 05/23/2005) |

| 05/23/2005 | 421 | MOTION for Writ of Habeas Corpus ad testificandum *for Rosalio Cortez* by Trinidad Eddie Cruz. (O'Malley, Thomas) (WITHDRAWN PURSUANT TO ORDER DATED 5/27/05). Modified on 5/27/2005 (lns, ). (Entered: 05/23/2005) |
| 05/23/2005 | 422 | MOTION for Writ of Habeas Corpus ad testificandum *for Ricardo Molina* by Trinidad Eddie Cruz. (O'Malley, Thomas) (WITHDRAWN PURSUANT TO ORDER DATED 5/27/05). Modified on 5/27/2005 (lns, ). (Entered: 05/23/2005) |
| 05/23/2005 | 423 | MOTION for Writ of Habeas Corpus ad testificandum *for Joseph Lopez* by Trinidad Eddie Cruz. (O'Malley, Thomas) (WITHDRAWN PURSUANT TO ORDER DATED 5/27/05) Modified on 5/27/2005 (lns, ). (Entered: 05/23/2005) |
| 05/23/2005 | 424 | MOTION for Writ of Habeas Corpus ad testificandum *for Jose Angel Rodriquez* by Trinidad Eddie Cruz. (O'Malley, Thomas) (WITHDRAWN PURSUANT TO ORDER DATED 5/27/05) Modified on 5/27/2005 (lns, ). (Entered: 05/23/2005) |
| 05/23/2005 | 425 | MOTION for Writ of Habeas Corpus ad testificandum *for Everado Avila* by Trinidad Eddie Cruz. (O'Malley, Thomas) (WITHDRAWN PURSUANT TO ORDER DATED 5/27/05) Modified on 5/27/2005 (lns, ). (Entered: 05/23/2005) |
| 05/25/2005 | 427 | ORDER as to Trinidad Eddie Cruz, denying as moot 407 MOTION for Writ of Habeas Corpus ad testificandum re Jose Rodriguez filed by Trinidad Eddie Cruz, denying as moot 408 MOTION for Writ of Habeas Corpus ad testificandum re Rosalio Cortez filed by Trinidad Eddie Cruz, denying as moot 409 MOTION for Writ of Habeas Corpus ad testificandum re Joseph Lopez filed by Trinidad Eddie Cruz, denying as moot 410 MOTION for Writ of Habeas Corpus ad testificandum re Ricardo Molina filed by Trinidad Eddie Cruz, denying as moot 411 MOTION for Writ of Habeas Corpus ad testificandum re Joseph Maria filed by Trinidad Eddie Cruz . Signed by Judge Theresa L Springmann on 5/25/2005. (lns, ) (Entered: 05/25/2005) |
| 05/26/2005 | 428 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Trinidad Eddie Cruz. Court, on its own motion, sets a Telephone Conference for 5/26/2005 12:00 PM in Fort Wayne before Judge Theresa L Springmann regarding 6/9/2005 Sentencing Hearing. (jjj) (Entered: 05/26/2005) |
| 05/26/2005 | 430 | TELEPHONE MOTION HEARING as to Trinidad Eddie Cruz held on 5/26/2005 before Judge Theresa L Springmann. Gov't atty Butler; Dft atty O'Malley present. Court hears arguments and GRANTS 419 MOTION FOR EVIDENTIARY HEARING TO DETERMINE STATUS OF RELEVANT CONDUCT FOR SENTENCING PURPOSES filed by Trinidad Eddie Cruz for reasons stated of record. The 6/9/2005 Sentencing Hearing is VACATED and the Evidentiary Hearing is set for 6/9/2005 10:00 AM in Fort Wayne before Judge Theresa L Springmann. (Court Reporter T. Gallucci.) (jjj) (Entered: 05/26/2005) |
| 05/26/2005 | 431 | WITHDRAWAL of Motion by Trinidad Eddie Cruz *for Petitions for Writs* |

| | | |
|---|---|---|
| | | *of Habeas Corpus Ad Testificandum* (O'Malley, Thomas) (Entered: 05/26/2005) |
| 05/26/2005 | 573 | TRANSCRIPT of Final PTC Proceedings held on 7/19/04 as to Trinidad Eddie Cruz before Judge Theresa L. Springmann. Court Reporter: Tina Gallucci. (jcp) (Entered: 06/06/2007) |
| 05/27/2005 | 432 | ORDER as to Trinidad Eddie Cruz granting 431 Motion to Withdraw 420 , 421 , 422 , 423 , 424 , 425 Petitions for Writs of Habeas Corpus ad testificandum filed by Trinidad Eddie Cruz. All previously filed Petitions for Writs of Habeas Corpus Ad Testificandum are hereby WITHDRAWN . Signed by Judge Theresa L Springmann on 5/27/2005. (lns, ) (Entered: 05/27/2005) |
| 06/08/2005 | 433 | MOTION to Continue *Evidentiary Hearing* by Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 06/08/2005) |
| 06/08/2005 | 434 | ORDER granting 433 Motion to Continue Evidentiary Hearing as to Trinidad Eddie Cruz (4). Evidentiary Hearing set for 6/9/2005 is VACATED. Telephonic Status Conference set for 6/20/2005 09:00 AM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 6/8/2005. (lns, ) (Entered: 06/09/2005) |
| 06/16/2005 | 436 | TRANSCRIPT of Arraignment and Detention Proceedings as to Trinidad Eddie Cruz held on 11/13/03 before Judge Andrew P Rodovich. Court Reporter: Julie Churchill-Mickley. Sent to Fort Wayne Division. (kjp, ) (Entered: 06/16/2005) |
| 06/20/2005 | 437 | TELEPHONIC STATUS CONFERENCE held on 6/20/2005 as to Trinidad Eddie Cruz before Judge Theresa L Springmann : Gov't atty Butler; Deft atty O'Malley present. Cnsl advise Court that issues re need for Evidentiary Hrg have been resolved. Parties request further telephone status conf at which time sentencing hearing can be set. Telephonic Status Conference set for 7/7/2005 10:00 AM in Fort Wayne before Judge Theresa L Springmann. (Court Reporter Tina Gallucci.) (lns, ) (Entered: 06/20/2005) |
| 07/07/2005 | 438 | First MOTION to Continue *Telephonic Status Conference* by Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 07/07/2005) |
| 07/11/2005 | 439 | ORDER granting nunc pro tunc 438 Motion to Continue Telephonic Status Conference as to Trinidad Eddie Cruz (4). Telephonic Status Conference RESET for 7/14/2005 11:00 AM in Fort Wayne before Judge Theresa L Springmann. Court to initiate call. Signed by Judge Theresa L Springmann on 7/11/2005. (lns, ) Modified on 7/12/2005 (lns, ). (Entered: 07/12/2005) |
| 07/14/2005 | 440 | TELEPHONE SCHEDULING CONFERENCE as to Trinidad Eddie Cruz held on 7/14/2005 before Judge Theresa L Springmann. Gov't atty Butler; Dft atty O'Malley present. Dft Brief due by 8/9/2005. Government Response Brief due by 8/16/2005. PRIMARY Evidentiary Hearing/Sentencing set for 8/23/2005 09:00 AM in Fort Wayne before Judge Theresa L Springmann. SECONDARY Evidentiary Hearing/Sentencing set for 8/30/2005 at 9:00 AM. (Court Reporter T. Gallucci.) (jjj) Modified Docket Text on 7/14/2005 (jjj). (Entered: |

| | | |
|---|---|---|
| | | 07/14/2005) |
| 07/27/2005 | 443 | MOTION for Hearing *to Allow Defendant's Counsel to Withdraw and for Appointment of New Counsel* by Trinidad Eddie Cruz. (O'Malley, Thomas) (Entered: 07/27/2005) |
| 07/29/2005 | 444 | ORDER as to Trinidad Eddie Cruz granting 443 MOTION for Hearing *to Allow Defendant's Counsel to Withdraw and for Appointment of New Counsel* filed by Trinidad Eddie Cruz. Motion Hearing set for 8/3/2005 11:00 AM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 7/29/2005. (lns) (Entered: 07/29/2005) |
| 08/02/2005 | | (Court only) ***Motions terminated as to Trinidad Eddie Cruz: 443 MOTION for Hearing *to Allow Defendant's Counsel to Withdraw and for Appointment of New Counsel* filed by Trinidad Eddie Cruz. (lns) (Entered: 08/02/2005) |
| 08/03/2005 | 446 | MOTION HEARING as to Trinidad Eddie Cruz held before Judge Theresa L Springmann. Gov't atty Butler by telephone, Dft atty O'Malley; Dft Cruz present. Court GRANTS 443 MOTION for Hearing to Allow Defendant's Counsel to Withdraw and for Appointment of New Counsel filed by Trinidad Eddie Cruz. Attorney Thomas N O'Malley terminated in case as to Trinidad Eddie Cruz. Referred to FCD Office for appointment of new attorney. Dft requests attorney from Hammond. Sentencing for 8/23/2005 at 9:00 AM before Judge Theresa L Springmann REAFFIRMED. (Court Reporter T. Gallucci.) (jjj) (Entered: 08/03/2005) |
| 08/05/2005 | 448 | ATTORNEY APPEARANCE: Anthony S Churchward appearing for Trinidad Eddie Cruz (Churchward, Anthony) (Entered: 08/05/2005) |
| 08/05/2005 | 449 | MOTION to Continue *Evidentiary/Sentencing Hearing* by Trinidad Eddie Cruz. (Churchward, Anthony) (Entered: 08/05/2005) |
| 08/05/2005 | 452 | Letter from Deft Trinidad Eddie Cruz re atty representation. (lns) (Entered: 08/05/2005) |
| 08/11/2005 | 454 | ORDER granting 449 Motion to Continue Evidentiary/Sentencing Hearing by Trinidad Eddie Cruz (4). Sentencing RESET for 10/17/2005 01:30 PM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 8/11/2005. (lns) (Entered: 08/11/2005) |
| 08/11/2005 | | Terminate Deadlines and Hearings as to Trinidad Eddie Cruz (lns) (Entered: 08/19/2005) |
| 10/12/2005 | 459 | Second MOTION to Continue *of Defendant* by Trinidad Eddie Cruz. (Churchward, Anthony) (Entered: 10/12/2005) |
| 10/13/2005 | 460 | ORDER as to Trinidad Eddie Cruz granting 459 Second MOTION to Continue *of Defendant* filed by Trinidad Eddie Cruz. Court VACATES the Order setting the Deft's sentencing hearing for 10/17/2005. Telephone Conference set for 10/20/2005 03:00 PM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 10/13/2005. (lns) (Entered: 10/13/2005) |
| | | |

| | | |
|---|---|---|
| 10/20/2005 | 463 | TELEPHONE SCHEDULING CONFERENCE held before Judge Theresa L Springmann as to Trinidad Eddie Cruz. Gov't atty Butler; Dft atty Churchward present. Sentencing for Trinidad Eddie Cruz is set for 12/9/2005 09:00 AM in Fort Wayne before Judge Theresa L Springmann. (Court Reporter T. Gallucci.) (jjj) (Entered: 10/21/2005) |
| 12/08/2005 | 472 | Third MOTION to Continue *of Defendant* by Trinidad Eddie Cruz. (Churchward, Anthony) (Entered: 12/08/2005) |
| 12/08/2005 | 473 | ORDER granting 472 Motion to Continue Sentencing Hearing filed by Deft Trinidad Eddie Cruz (4). Sentencing RESET for 2/27/2006 02:00 PM in Fort Wayne before Judge Theresa L Springmann. Signed by Judge Theresa L Springmann on 12/8/2005. (lns) (Entered: 12/08/2005) |
| 01/24/2006 | 475 | Letter from Defendant Trinidad Cruz requesting copy of DE 81, Motion to Withdraw as Attorney (copy DE 81 sent to Dft Cruz) (jcp) (Entered: 01/27/2006) |
| 02/24/2006 | 476 | STIPULATION by Trinidad Eddie Cruz. (Churchward, Anthony) Document marked withdrawn 2/28/2006 (jjj). (Entered: 02/24/2006) |
| 02/27/2006 | 477 | Sealed Document - PSR, Addendum and Sentencing Recommendation. (jjj) (Entered: 02/28/2006) |
| 02/27/2006 | 478 | STIPULATION filed in open court by Trinidad Eddie Cruz and the United States of America. (jjj) (Entered: 02/28/2006) |
| 02/27/2006 | 479 | SENTENCING for Trinidad Eddie Cruz (4) held before Judge Theresa L Springmann. Government appeared by attorney Butler. Defendant appeared by attorney Churchward. Pramuk appeared on behalf of U S Probation/Pretrial Services. WITHDRAWN 476 STIPULATION filed by Trinidad Eddie Cruz. Court ACCEPTS 478 STIPULATION filed by United States of America and Trinidad Eddie Cruz in open-court. Count 1 Dft to serve 36 months imprisonment; 4 years supervised release; $100.00 special assessment; Count 18 Dft to serve 36 months imprisonment to be served concurrently with Count 1; 4 years supervised release to be served concurrently with Count 1; $100.00 special assessment; Count 4 was dismissed at trial by the jury. Court RECOMMENDS Dft request to serve term of imprisonment at a federal facility closest to Chicago, Illinois. Dft REMANDED to USM. (Court Reporter T. Gallucci.) (jjj) (Entered: 02/28/2006) |
| 02/28/2006 | 480 | JUDGMENT as to Trinidad Eddie Cruz (4). Signed by Judge Theresa L Springmann on 1/28/2006. (jjj) (Entered: 02/28/2006) |
| 03/03/2006 | 482 | Letter from Deft Trinidad Eddie Cruz requesting Clerk to file Notice of Appeal on his behalf. (lns) (Entered: 03/06/2006) |
| 03/06/2006 | 483 | NOTICE OF APPEAL by Trinidad Eddie Cruz re 480 Judgment. (lns) (cc: deft Trinidad Cruz) (Entered: 03/06/2006) |
| 03/06/2006 | 484 | Short Record Sent Electronically to US Court of Appeals as to Trinidad Eddie Cruz re 483 Notice of Appeal - Final Judgment. (lns) (Entered: 03/06/2006) |

| 03/13/2006 | 485 | USCA Case Number as to Trinidad Eddie Cruz 06-1654 for 483 Notice of Appeal - Final Judgment filed by Trinidad Eddie Cruz. (lns) (Entered: 03/15/2006) |
| 04/18/2006 | 491 | Judgment Returned Executed as to Trinidad Eddie Cruz on 4/5/2006 to FCI-Pekin, IL. (lns) (Entered: 04/18/2006) |
| 06/01/2006 | 494 | AMENDED JUDGMENT as to Trinidad Eddie Cruz (4) to reflect language modification on Page 3. Signed by Judge Theresa L Springmann on 6/1/2006. (jjj) (Entered: 06/01/2006) |
| 06/09/2006 | 495 | MANDATE of USCA (certified copy) as to Trinidad Eddie Cruz re 483 Notice of Appeal - Final Judgment; This appeal is DISMISSED voluntarily pursuant to Fed R App P 42(b). No record was filed w/USCA. (lns) (Entered: 06/14/2006) |
| 07/24/2006 | 506 | PROB FORM 12B submitted by USPO M Kroft, petitioning Court to modify conds of supervision; ORDER ON PROBATION REQUEST as to Trinidad Eddie Cruz, signed by Judge Theresa L Springmann on 7/22/2006, granting USPO petition and ordering modification as noted. (ORIGINAL DOCUMENT RETURNED TO USPO BY EMAIL). (lns) (Entered: 07/24/2006) |
| 09/14/2006 | 519 | MOTION to Withdraw as Attorney by Toi Denise Houston. by United States of America as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez. (Houston, Toi) (Entered: 09/14/2006) |
| 09/18/2006 | 520 | ORDER GRANTING 519 Motion to Withdraw as Attorney by Toi Denise Houston obo USA as to Everado Avila (1), Bryon Cervera (2), Rosalio Cortez (3), Trinidad Eddie Cruz (4), Benjamin Garcia (5), Daniel Garza (6), Jason Lamberth (7), Joseph Lopez (8), Joseph Maria (9), Ricardo Molina (10), Jose Robles (11), Jose Angel Rodriguez (12), Timothy Allen Sessum (13), Hector Velez (14). Toi Denise Houston WITHDRAWN from case. Signed by Judge Theresa L Springmann on 9/18/2006. (lns) (Entered: 09/18/2006) |
| 09/29/2006 | 522 | ATTORNEY APPEARANCE Daniel L Bella appearing for USA. (Bella, Daniel) (Entered: 09/29/2006) |
| 05/22/2007 | 562 | PROB FORM 12C submitted by USPO M Kroft, petitioning Court to issue warrant re alleged violations of conds of supervision; ORDER ON PROBATION REQUEST as to Trinidad Eddie Cruz, signed by Judge Roger B Cosbey on 5/22/2007, granting USPO petition; clerk to issue warrant. (ORIGINAL DOCUMENT TO BE HOUSED IN CLERK'S VAULT PENDING RESOLUTION OF REVOCATION ACTION) (lns) (Entered: 05/22/2007) |
| 05/22/2007 | 563 | Arrest Warrant Issued in case as to Trinidad Eddie Cruz. (lns) (Entered: 05/22/2007) |
|  |  |  |

| 05/29/2007 | | Arrest of Trinidad Eddie Cruz (smb) (Entered: 05/29/2007) |
|---|---|---|
| 05/29/2007 | 564 | ORDER as to Trinidad Eddie Cruz GRANTING Deft's request for appt of cnsl. Cause assigned to NDIN FCD for referral of cnsl to represent Deft. Initial Appearance set for 5/31/2007 02:00 PM in Fort Wayne before Magistrate Judge Roger B Cosbey. Signed by Judge Roger B Cosbey on 5/7/2007. (lns) (Entered: 05/29/2007) |
| 05/29/2007 | 565 | INITIAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to Trinidad Eddie Cruz held on 5/29/2007 before Judge Paul R Cherry. Govt appeared by AUSA Daniel Bella. Dft appeared w/out cnsl. Mark Kroft appeared on behalf of U S Probation/Pretrial Services. Defend adv rights, charges, penalties. Defend request for Crt appt cnsl is Granted. Clerk directed to notify FCD Office for appt of cnsl. Probable Cause & Detention Hearing set for 5/31/2007 02:00 PM in Fort Wayne before Magistrate Judge Roger B Cosbey. Defend Ordered into temporary detention; remanded USM. (Tape #FTR.) (smb). Modified on 5/30/2007. (cer). (Entered: 05/29/2007) |
| 05/29/2007 | 566 | CJA 20 as to Trinidad Eddie Cruz: Appointment of Attorney Albert Anzini, III for Trinidad Eddie Cruz. (wsy) (Entered: 05/30/2007) |
| 05/30/2007 | 567 | ATTORNEY APPEARANCE: Albert Anzini, III appearing for Trinidad Eddie Cruz (Anzini, Albert) (Entered: 05/30/2007) |
| 05/31/2007 | 569 | NOTICE OF CHANGE IN HEARING as to Trinidad Eddie Cruz. Detention Hearing reset for 5/31/2007 03:00 PM in Fort Wayne before Magistrate Judge Roger B Cosbey. Preliminary Examination reset for 5/31/2007 03:00 PM in Fort Wayne before Magistrate Judge Roger B Cosbey. (wsy) (Entered: 05/31/2007) |
| 05/31/2007 | 570 | ORDER OF DETENTION PENDING TRIAL as to Trinidad Eddie Cruz. Signed by Judge Roger B Cosbey on 5/31/2007. (lns) (Entered: 05/31/2007) |
| 05/31/2007 | 571 | DETENTION HEARING AND PRELIMINARY EXAMINATION as to Trinidad Eddie Cruz held on 5/31/2007 before Judge Roger B Cosbey. Govt appeared by atty A. Geller. Dft appeared by atty A. Anzini. M. Kroft appeared on behalf of U S Probation/Pretrial Services. Detention hrg and preliminary exam hrg waived. A Revocation Hrg will be scheduled and counsel notified. Deft remanded. (Tape #109) (wsy) (Entered: 05/31/2007) |
| 06/05/2007 | 572 | ORDER FOR JUDGE THERESA L SPRINGMANN as to Trinidad Eddie Cruz. Final Supervised Release Revocation Hearing set for 6/12/2007 09:00 AM before Judge Theresa L Springmann re 565 Revocation of Probation/Supervised Release - Initial Hearing held 5/29/2007. (jjj) (Entered: 06/05/2007) |
| 06/12/2007 | 574 | FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to Trinidad Eddie Cruz held before Judge Theresa L Springmann. Govt appeared by atty Geller. Dft appeared by atty Anzini. Kroft appeared on behalf of U S Probation/Pretrial Services. Dft WAIVES reading of violation of rights. Dft STIPULATES to five violations. Govt WITHDRAWS three remaining violation charges. Court finds the Dft in violation of terms of |

| | | supervised release. Dft to serve 8 months imprisonment, 2 years supervised released, and is ordered to pay remainder of special assessment. Court RECOMMENDS to Bureau of Prisons that the Dft participate in an alcohol abuse treatment program. Dft REMANDED to USM. (Court Reporter T Gallucci.) (jjj) (Entered: 06/13/2007) |
|---|---|---|
| 06/13/2007 | 575 | REVOCATION JUDGMENT as to Trinidad Eddie Cruz. Signed by Judge Theresa L Springmann on 6/13/2007. (jjj) (Entered: 06/13/2007) |
| 11/07/2007 | 586 | Letter from Deft Trinidad Eddie Cruz requesting copy of sentencing transcripts. (lns) (Entered: 11/07/2007) |
| 02/19/2008 | 590 | PROB 12A as to Trinidad Eddie Cruz submitted by USPO D Beier, reporting non-compliance w/condition of supervision; requesting no formal action at this time; ORDER ON PROBATION REQUEST, signed by Judge Theresa L Springmann on 2/19/2008, concurring w/USPO request; no formal action taken at this time. (ORIGINAL DOCUMENT RETURNED TO USPO) (lns) (Entered: 02/19/2008) |
| 02/29/2008 | 591 | PROB FORM 12A submitted by USPO Mark A. Kroft reporting non-compliance w/ conditions of supervision requesting no action at this time; ORDER as to Trinidad Eddie Cruz signed by Judge Theresa L Springmann on 2/29/08 concurring w/ USPO request; no action taken at this time. (ORIGINAL DOCUMENT RETURNED TO USPO) (jcp) (Entered: 03/03/2008) |
| 07/28/2008 | 608 | ORDER as to Trinidad Eddie Cruz approving transfer of jurisdiction to USDC NDIL at Chicago. Signed by Judge Theresa L Springmann on 7/28/08. (lns) (Entered: 07/28/2008) |
| 07/28/2008 | 609 | Letter to Clerk, USDC NDIL at Chicago re transfer of jurisdiction. (lns) (Entered: 07/28/2008) |
| 08/07/2008 | 610 | Jurisdiction Transferred to Northern District of Illinois, Eastern Division as to Trinidad Eddie Cruz. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (lns) (Entered: 08/08/2008) |

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

08 AUG 22  PH 3: 07

STE... ... ...CLERK
FCR THE ... DISTRICT
OF INDIANA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 21 U.S.C. § 846 |
| v | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. §922(g)(1) |
| EVERARDO AVILA | ) | 18 U.S.C. § 922(j) |
| a/k/a Littleman, | ) | 18 U.S.C. § 924(c) |
| BYRON CERVERAS | ) | 18 U.S.C. § 1952 |
| a/k/a B-Town, | ) | 18 U.S.C. § 2 |
| ROSALIO CORTEZ | ) | |
| a/k/a Flintstone, | ) | |
| TRINIDAD EDDIE CRUZ | ) | |
| a/k/a Quick, | ) | |
| BENJAMIN GARCIA | ) | |
| a/k/a Chewy, | ) | |
| DANIEL GARZA, | ) | |
| JASON LAMBERTH | ) | |
| a/k/a Jay, | ) | |
| JOSEPH LOPEZ | ) | |
| a/k/a Flacko, | ) | |
| JOSEPH MARIA | ) | |
| a/k/a J-Dog, | ) | |
| RICARDO MOLINA | ) | |
| a/k/a Centipede, | ) | |
| JOSE ROBLES | ) | |
| JOSE ANGEL RODRIGUEZ | ) | |
| a/k/a Shorty, | ) | |
| TIMOTHY ALLEN SESSUM | ) | |
| a/k/a Tim Dog, | ) | |
| HECTOR VELEZ | ) | |
| a/k/a Pelone | ) | |

1:08CR 57...

CERTIFIED
TRUE COPY
STEPHEN R. LUDWIG, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
DEPUTY CLERK

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

From in or about at least July 2002 and continuing into at least May 2003, and thereafter, the

exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

EVERARDO AVILA
a/k/a Littleman,
BYRON CERVERAS
a/k/a B-Town,
ROSALIO CORTEZ
a/k/a Flintstone,
TRINIDAD EDDIE CRUZ
a/k/a Quick,
BENJAMIN GARCIA
a/k/a Chewy,
DANIEL GARZA,
JASON LAMBERTH
a/k/a Jay,
JOSEPH LOPEZ,
a/k/a Flacko,
JOSEPH MARIA
a/k/a J-Dog,
RICARDO MOLINA
a/k/a Centipede,
JOSE ROBLES,
JOSE ANGEL RODRIGUEZ
a/k/a Shorty,
TIMOTHY ALLEN SESSUM
a/k/a Tim Dog,
HECTOR VELEZ
a/k/a Pelone,

defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and

agree with various other individuals whose names are known and unknown to the Grand Jury, to

commit certain offenses against the United States of America, to wit: to knowingly and intentionally

possess with intent to distribute cocaine, a Schedule II controlled substance, and marijuana, a

Schedule I controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## OBJECTS OF THE CONSPIRACY

### WAYS AND MEANS

1)      It was an object of the conspiracy to knowingly and intentionally distribute and possess cocaine and marijuana in the Northern District of Indiana and elsewhere in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

2)      In furtherance of the conspiracy and to achieve the objects, thereof,

**EVERARDO AVILA**
**a/k/a Littleman,**
**BYRON CERVERAS**
**a/k/a B-Town,**
**ROSALIO CORTEZ**
**a/k/a Flintstone,**
**TRINIDAD EDDIE CRUZ**
**a/k/a Quick,**
**BENJAMIN GARCIA**
**a/k/a Chewy,**
**DANIEL GARZA,**
**JASON LAMBERTH**
**a/k/a Jay,**
**JOSEPH LOPEZ,**
**a/k/a Flacko,**
**JOSEPH MARIA**
**a/k/a J-Dog,**
**RICARDO MOLINA**
**a/k/a Centipede,**
**JOSE ROBLES,**
**JOSE ANGEL RODRIGUEZ**
**a/k/a Shorty,**
**TIMOTHY ALLEN SESSUM**
**a/k/a Tim Dog,**
**HECTOR VELEZ**
**a/k/a Pelone,**

defendants herein and various other individuals whose names are known and unknown to the Grand Jury, did knowingly conduct and attempt to conduct narcotics transactions in whole and in part to

- 3 -

conceal and disguise the nature, location, source, ownership, and control of the proceeds, assets, weapons, and property of the distribution of cocaine and marijuana in the Northern District of Indiana and elsewhere. The defendants utilized the telephone and vehicles with trap compartments to conceal weapons and narcotics to further the objects of the conspiracy to distribute and possess cocaine and marijuana in the Northern District of Indiana and elsewhere.

3)     In furtherance of the conspiracy and to achieve the objects thereof, the defendants as members of the 148th Street Latin Kings criminal street gang, a faction of the Almighty Latin Kings Nation engaged in acts of violence and intimidation as a means of protecting their territory in furtherance of the distribution of control substances.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>

From on or about July 23, 2002, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**TIMOTHY ALLEN SESSUM**
**a/k/a Tim-Dog,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 3

From on or about July 23, 2002, and thereafter, the exact date being unknown to the Grand

Jury, in the Northern District of Indiana, and elsewhere,

**JASON LAMBERTH**
a/k/a Jay,

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of

cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section

841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>

From on or about at least July, 2002 through on or about August 16, 2002, in the Northern District of Indiana, and elsewhere,

**TRINIDAD EDDIE CRUZ**
**a/k/a Quick,**

1)    defendant herein, did travel and cause others to travel in interstate commerce, specifically from the State of Indiana, to the State of Illinois, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity, specifically, possession with the intent to distribute a quantity of cocaine and marijuana, a Schedule II and I controlled substance, such distribution and possession being in violation of Title 21, United States Code, Section 841(a)(1). On or about August 16, 2002 and thereafter defendant herein performed an act to promote, manage, establish, and carry on such unlawful activity; as the defendant caused a Smith and Wesson Sigma .9mm handgun with 17 live rounds in the magazine to be produced in the State of Illinois having travelled in interstate commerce.

2)    In furtherance of promoting the distribution of narcotics, TRINIDAD EDDIE CRUZ and TIMOTHY SESSUM, members of the 148th Street faction of the Latin Kings supplied the faction with marijuana and cocaine. In furtherance of facilitating this promotion, CRUZ and members of the Latin King faction both known and unknown to the grand jury utilized an Indiana registered vehicle containing a secret trap compartment to travel in interstate commerce between Indiana and Illinois to transfer illegal weapons in order to promote, manage, and carry on the distribution of controlled substances.

3)    On or about July 23, 2002, TIMOTHY SESSUM and an unnamed Latin King were stopped

by law enforcement in East Chicago, Indiana, in which police officers recovered 3.1 grams of the controlled substance cocaine.

4)    On or about August 16, 2002, Chicago Police arrested TRINIDAD EDDIE CRUZ near 3925 West 35th Street, Chicago, Illinois.  CRUZ was driving a 1994 Ford Explorer with Indiana registration 45Y8069.  Concealed within a secret trap compartment inside the vehicle was a Smith and Wesson Sigma .9mm Serial Number PAW 8403 with 17 live rounds in the magazine.  The sale and possession of handguns are not permitted within the City of Chicago except for limited authorized individuals.  CRUZ is not such an authorized individual and did possess this weapon in furtherance of promoting, managing, and carrying on the distribution of controlled substances, as approximately $1,300 in United States currency was recovered.

All in violation of Title 18, United States code, Sections 1952 and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>

From on or about October, 29, 2002, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**JOSE ANGEL RODRIGUEZ**
**a/k/a Shorty,**
**AND**
**HECTOR VELEZ**
**a/k/a Pelone,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 6</u>

From on or about November 7, 2002, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**JOSE ANGEL RODRIGUEZ
a/k/a SHORTY,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>

From on or about October 2002, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**HECTOR VELEZ**
**a/k/a Pelone,**

defendant herein did knowingly and unlawfully possess a firearm during and in relation to a drug trafficking crime, to wit: possession with intent to distribute cocaine, a Schedule II controlled substance, an offense which may be prosecuted in the United States, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title18, United States Code, Section 924(c) and 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 8

From on or about December 12, 2002, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**RICARDO MOLINA**
**a/k/a Centipede,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 9</u>

From on or about December 13, 2002, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**RICARDO MOLINA**
**a/k/a Centipede,**
**AND**
**JOSEPH LOPEZ**
**a/k/a Flacko,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 10</u>

From on or about December 14, 2002, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**JOSEPH LOPEZ**
**a/k/a Flacko,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 11</u>

On or about January 10, 2003, in the Northern District of Indiana and elsewhere, the defendant,

**JOSEPH MARIA**
**a/k/a J-Dog,**

after having been convicted ;

1) In Cook County Circuit Court of Illinois on December 28, 2002, of possession of cocaine, a schedule II controlled substance, Docket Number IL-42038250, a felony punishable by imprisonment for a term exceeding one year under the law of the State of Illinois, the defendant did knowingly and intentionally possess a firearm to wit: the defendant did use a firearm to shoot Carlos Santiago in East Chicago, Indiana, the firearm had previously been shipped and transported in interstate commerce;

All in violation of Title 18, United States Code, Section 922(g)(1) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 12**</u>

On or about January 10, 2003, in the Northern District of Indiana and elsewhere, the defendant,

**JOSE ROBLES,**

after having been convicted ;

1) In Vanderburgh County Circuit Court of Evansville, Indiana on October 10, 2001, of dealing in marijuana, a Schedule I controlled substance, Docket # Number 82D02-9806-CF-00416, the defendant did knowingly and intentionally possess a firearm to wit" the defendant did use a firearm to shoot Carlos Santiago in East Chicago, Indiana, the firearm had previously been shipped and transported in interstate;

2) The above felonies are punishable by imprisonment for a term exceeding one year under the law of the State of Indiana.

All in violation of Title 18, United States Code, Section 922(g)(1) and 2.

- 16 -

**THE GRAND JURY FURTHER CHARGES:**

COUNT 13

From on or about January 15, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BYRON CERVERAS**
**a/k/a B-Town,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

- 17 -

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 14</u>

From on or about January 15, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**ROSALIO CORTEZ**
**a/k/a Flintstone,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

– 18 –

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 15</u>

From on or about February 11, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**DANIEL GARZA,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 16

From on or about February 14, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**DANIEL GARZA,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 17

From on or about February 18, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**DANIEL GARZA,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 18</u>

From on or about March 7, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**TRINIDAD EDDIE CRUZ**
**a/k/a Quick,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 19</u>

From on or about March 13, 2003, and thereafter, the exact date being unknown to the Grand

Jury, in the Northern District of Indiana, and elsewhere,

**EVERARDO AVILA
a/k/a Littleman,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of

marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section

841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 20</u>

From on or about March 26, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BENJAMIN GARCIA**
**a/k/a Chewy,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 21</u>

From on or about April 4, 2003, and thereafter, the exact date being unknown to the Grand

Jury, in the Northern District of Indiana, and elsewhere,

**BENJAMIN GARCIA**
**a/k/a Chewy,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of

cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section

841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 22

From on or about May 7, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BENJAMIN GARCIA**
**a/k/a Chewy,**

defendant herein, did knowingly and intentionally possess with the intent to distribute approximately 262 grams of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 23</u>

From on or about May 7,  2003, in the Northern District of Indiana, the exact date being

unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BENJAMIN GARCIA**
**a/k/a Chewy,**

defendant herein, did knowingly and unlawfully possess a stolen Glock semi automatic handgun, serial

number DEW 40645 which had been shipped in interstate commerce, knowing and having reasonable

cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j) and

924(a)(2).

All in violation of Title 18, United States Code,  Section 922(j).

A TRUE BILL:

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:    Clarence Butler, Jr.
Assistant United States Attorney

- 27 -

✎AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 1

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | INDIANA |

| UNITED STATES OF AMERICA | * **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| V. | |

|  | Case Number: | 1:03CR057(4)TLS |
| TRINIDAD EDDIE CRUZ | USM Number: | 07734-027 |

Anthony Churchward
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

X was found guilty on count(s)   1, 18 _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 | Conspiracy to Possess with Intent to Distribute Cocaine and Marijuana | 05/2003 | 1 |
| 21:841(a)(1) | Possession with Intent to Distribute a Quantity of Cocaine | 05/2003 | 18 |

    The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has been found not guilty on count(s)   4

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

FEBRUARY 27, 2006
Date of Imposition of Judgment


S/THERESA L. SPRINGMANN
Signature of Judge


THERESA L. SPRINGMANN, JUDGE
Name and Title of Judge


JUNE 1, 2006
Date

*CERTIFIED TRUE COPY*
*STEPHEN R. LUDWIG, CLERK*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT INDIANA*
*DEPUTY CLERK*

* To reflect language modification from "at least" to "up to" on Page 3 in paragraph 4.

AO 245B    (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:          TRINIDAD EDDIE CRUZ
CASE NUMBER:        1:03CR057(4)TLS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    36 months as to Counts 1 and 2 to be served concurrently.

X    The court makes the following recommendations to the Bureau of Prisons:
that the defendant serve term of imprisonment at a federal facility closest to Chicago, Illinois.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

| | | | Judgment—Page | 3 | of | 6 |

DEFENDANT:     TRINIDAD EDDIE CRUZ
CASE NUMBER:   1:03CR057(4)TLS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     4 years as to Counts 1 and 2 to be served concurrently.

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and up to eight periodic drug tests per month thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

   If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.   The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2.   The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3.   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4.   The defendant shall support the defendant's dependents and meet other family responsibilities.

5.   The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6.   The defendant shall notify the probation officer at least then (10) days prior to any change of residence or employment.

7.   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8.   The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9.   The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10.  The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11.  The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12.  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13.  As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14.  The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15.  The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

case 1:03-cr-00057-TLS    document 494    filed 06/01/2006    page 4 of 7

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:      TRINIDAD EDDIE CRUZ
CASE NUMBER:    1:03CR057(4)TLS

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall not illegally possess a controlled substance.

The defendant shall participate in a drug aftercare treatment program which may include urine testing under a co-payment plan at the direction and discretion of the probation officer.

The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services (HHS) on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the Probation Officer's Sliding Scale for Monthly Co-Payment.

While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in Standard Condition #7.

case 1:03-cr-00057-TLS   document 494   filed 06/01/2006   page 5 of 7

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
      Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 5 | of | 6 |
|---|---|---|---|---|

| | |
|---|---|
| DEFENDANT: | TRINIDAD EDDIE CRUZ |
| CASE NUMBER: | 1:03CR057(4)TLS |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  200.00 | $  waived | $  n/a |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, (street address), (city, state, zip) for the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| **TOTALS** | $ _____ | $ _____ |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine  ☐ restitution.

    ☐ the interest requirement for the   ☐ fine  ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:        TRINIDAD EDDIE CRUZ
CASE NUMBER:    1:03CR057(4)TLS

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**    X    Lump sum payment of $ ___200.00___ due immediately, balance due

☐ not later than _____ , or
☐ in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

**B**    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Name: TRINIDAD EDDIE CRUZ

Docket No.: 1:03CR057(4)TLS

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____    _____
              Defendant                                              Date


         _____    _____
         U.S. Probation Officer/Designated Witness              Date